# UNITED STATES DISTRICT COURT
## Southern District of Texas
## Houston Division

| | | |
|---|---|---|
| ROBBIE ROJAS | § | CASE NUMBER: 4:15-cv-02106 |
| | § | |
| V. | § | |
| | § | |
| | § | **DEMAND FOR JURY TRIAL** |
| ELTMAN, ELTMAN & COOPER, PC | § | |

## ORDER OF DISMISSAL

WHEREAS, the Plaintiff hereto moved the Court to dismiss with prejudice against the refilling of the same; and

NOW, THEREFORE, it is adjudged, ordered and decreed this cause, is hereby dismissed with prejudice, with all costs to be borne by the party incurring the same.

Signed and Entered this 14 day of October, 2015.

_____
United States District Judge